IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEAN, | ) |
| | ) |
| v. | ) Case No. 3:14-00148 |
| | ) |
| UNITED STATES OF AMERICA | ) Judge Campbell |

### ORDER

This Court entered an order denying movant James Bean's § 2255 motion to vacate, set aside or correct his sentence by order entered May 5, 2014, 2014. (ECF No. 27.) Now before the Court is the movant's Notice of Appeal. Although the movant asserts that he is entitled to pursue his appeal without prepayment of costs because he is deemed a pauper under the 6th Circuit's CJA plan, he did not submit an actual motion to pursue the appeal *in forma pauperis* in compliance with Rule 24 of the Federal Rules of Appellate Procedure.

Accordingly, Mr. Bean **MUST**, within **30 DAYS**, cure this deficiency by submitting to this Court either the $505.00 appellate filing fee or a completed and properly supported motion to proceed on appeal *in forma pauperis*. In accordance with Rule 24(a)(1) of the Federal Rules of Appellate Procedure, the petitioner must attach to his motion an affidavit in which he claims an entitlement to redress and states the issues that he intends to present on appeal. The movant is forewarned that failure to submit the requisite filing fee or completed and properly supported motion to proceed on appeal *in forma pauperis* within the 30 days allotted may result in summary dismissal of the appeal.

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge